In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-172 CR


____________________



ALUXA BURNDETTE BENN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 06-01-00686-CR






 MEMORANDUM OPINION


 The appellant, Aluxa Burndette Benn, filed a motion that asks to withdraw her notice
of appeal. The appellant and her attorney of record both signed the motion to dismiss the
appeal. See Tex. R. App. P. 42.2(a). The appellant filed the motion before we issued our
opinion on appeal. Id. We grant the motion and dismiss the appeal. 

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered November 12, 2008 

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.